The People of the State of New York ex rel. The
American Bank Note Company, Appellant, *v.* William
J. Morgan, Comptroller of the State of New York,
Respondent.

*People ex rel. Am. Bank Note Co.* v. *Morgan*, 45 App. Div. 86, affirmed.
(Argued January 8, 1900; decided January 23, 1900.)

Appeal from an order of the Appellate Division of the
Supreme Court in the third judicial department, entered
December 6, 1899, which reversed an order of the Special

Term, directing the issuance of a peremptory writ of mandamus, and denied the motion for such writ.

*Isaac L. Miller* for appellant.

*John C. Davies*, Attorney-General (*John H. Coyne* of counsel), for respondent.

Order affirmed, with costs, on the ground that the superintendent of public works had no power to make the contract with the relator; no opinion.

Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN and VANN, JJ. Dissenting: O'BRIEN, J.